UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NICHOLAS GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 14-CV-2160 |
| ) | |
| KANKAKEE COMMUNITY COLLEGE and ) | |
| PRESENCE HOSPITALS, PRV, ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#18) was filed by Magistrate Judge David G. Bernthal in the above cause on October 27, 2014. On November 12, 2014, Plaintiff, Nicholas George, filed his Objection to the Report and Recommendation (#19). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#18). This court agrees that Defendants' Motions to Dismiss (#7, 11) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#18) is accepted by this court.

(2) Defendants' Motions to Dismiss (#7, 11) are GRANTED. The court declines to exercise jurisdiction over Plaintiff's remaining state law claims, and those claims are dismissed from this court and remanded to state court.

(3) This case is terminated.

ENTERED this 17th day of November, 2014.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE